510 A.2d 350

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Raymond Glen GREEN, Appellee.**

Supreme Court of Pennsylvania.

Submitted April 18, 1986.

Decided June 20, 1986.

Donald B. Corriere, Dist. Atty., Christopher T. Spadoni, Asst. Dist. Atty., for appellant.

Gary Neil Asteak, Easton, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Judgment affirmed.